AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>AVA MISSELDINE,<br>a/k/a "Brie Bourgeois"<br><br>*Defendant(s)* | Case No. 2:22-mj-405 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _(various)_ in the county of _Franklin_ in the _Southern_ District of _Ohio_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1542 | passport fraud |
| 42 U.S.C. 408(a)(7)(B) | Social Security number fraud |
| 18 U.S.C. 1028A | aggravated identity theft |
| 18 U.S.C. 1040 | fraud in connection with major disaster or emergency benefits |

This criminal complaint is based on these facts:

(please see attached affidavit)

☑ Continued on the attached sheet.

Ryland A Kroeger
Digitally signed by Ryland A Kroeger
Date: 2022.06.08 13:08:45 -07'00'

*Complainant's signature*

Special Agent Ryland Kroeger
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 8, 2022

City and state: Columbus, Ohio

*Judge's signature*

Hon. Chelsey M. Vascura
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**AVA MISSELDINE,**<br>a/k/a "Brie Bourgeois" | Case No. _____ |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Ryland Kroeger, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a complaint and an application for a warrant to arrest AVA MISSELDINE, a/k/a "Brie Bourgeois."

2. I, the Affiant, am a Special Agent with the Diplomatic Security Service (DSS) and have been since May 2020. I completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, including training on the preparation, presentation and service of federal search and arrest warrants and the collection of evidence. I also completed the DSS Basic Special Agent Course at the Foreign Affairs Security Training Center in Blackstone, Virginia, where I received further training on the investigation of passport and visa crimes. As a DSS Special Agent I have training in the preparation, presentation, and service of criminal arrest and search warrants, and have been involved in the investigation of offenses against the United States, including fraud and related activity in connection with passport, visa, and identity fraud. I am authorized to conduct criminal investigations into these offenses by 22 U.S.C. §2709. I have been assigned to the Chicago Field Office since April 2021 where my duties are focused on criminal investigations to protect the homeland and integrity of U.S. travel documents to prevent harm to the United States and its citizens from criminal and terrorist activity. Prior to my employment at DSS, I was a Background Investigator for the U.S. Government from September 2019 to February 2020, where I conducted dozens of national security interviews every week. I attended graduate school at Washington University in St. Louis, where I received my Master's in Legal Studies in May 2020.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I respectfully submit that this affidavit supports probable cause that AVA MISSELDINE violated 18 U.S.C. § 1542 (passport fraud), 42 U.S.C. § 408(a)(7)(B) (Social Security number fraud), 18 U.S.C.

§ 1028A (aggravated identity theft), and 18 U.S.C. § 1040 (fraud in connection with major disaster or emergency benefits) on the various dates specified below.

## PROBABLE CAUSE TO BELIEVE A CRIME WAS COMMITTED

*Identity Fraud and Passport Fraud*

4. AVA MISSELDINE was born in 1972. In order to obtain information about MISSELDINE's Social Security number, I have spoken with Special Agent Frank Perry of the Social Security Administration's Office of Inspector General, who is a co-investigator of this case. Special Agent Perry provided the following information: In 1988, MISSELDINE obtained the Social Security number xxx-xx-2804. She obtained a replacement Social Security card under this number in 1991.

5. In December 1997, MISSELDINE was sentenced to prison for theft, forgery, and escape in Union County, Ohio case 97CR0064. She was released on or about July 3, 2000.

6. MISSELDINE was photographed by the Ohio Bureau of Motor Vehicles in February 2001:



7. On June 3, 2003, an individual calling herself "Brie Bourgeois" obtained an Ohio ID card (number S443965). The photo of "Brie Bourgeois" depicts MISSELDINE:



8. On June 11, 2003, MISSELDINE applied for a Social Security card under the identity of "Brie Bourgeois" at the Social Security office in Columbus. She provided a certain date of birth in 1979 and provided the names of Bourgeois's parents. This was a fraud: the real Brie Bourgeois (with the same date of birth and parents) died as an infant in 1979 and is buried in Columbus. According to Social Security records, MISSELDINE (posing as Bourgeois) claimed to have been homeschooled her entire life with no job, but said she now needed a Social Security

number for college. She submitted a copy of Brie Bourgeois's birth certificate and Ohio ID card number SS443965. As mentioned above, this is the Ohio ID card that had just been issued on June 3, 2003 to MISSELDINE, posing as Brie Bourgeois. As a result of the June 11, 2003 application for a Social Security card, "Brie Bourgeois" was issued Social Security number xxx-xx-7886.

9. On September 19, 2003, the Ohio Bureau of Motor Vehicles issued a driver's license (number ST560649) to "Brie Bourgeois" under the Social Security number xxx-xx-7886. The license photo depicts MISSELDINE:



10. According to records from the Social Security Administration, "Brie Bourgeois" was then employed at various jobs, including working for JetSelect in 2007 and 2008.

11. On July 31, 2006, MISSELDINE, using her true identity, was photographed by the Ohio Bureau of Motor Vehicles:



3

12. On June 6, 2007, the Ohio Bureau of Motor Vehicles issued a renewal driver's license (number ST560649) to "Brie Bourgeois." The photo depicts MISSELDINE:



13. According to records from the Federal Aviation Administration (FAA) that are publicly available at https://amsrvs.registry.faa.gov/airmeninquiry/Main.aspx, "Brie Bourgeois" obtained a student pilot certificate on June 20, 2007. According to FAA records, "Brie Bourgeois" resided at a certain address on Westbay Drive in Columbus, Ohio. This same address is associated with AVA MISSELDINE's Ohio driver's license records.

14. On September 17, 2007, MISSELDINE, posing as Brie Bourgeois, applied for a replacement Social Security card at the Social Security office in Worthington, Ohio. As proof of identity, she submitted an Ohio driver's license (number ST560649). As mentioned above, the photos associated with this license depict MISSELDINE. In addition, she provided the same address on Westbay Drive that is associated with MISSELDINE's Ohio driver's license records.

15. On November 30, 2007, MISSELDINE, posing as Brie Bourgeois, applied for a U.S. passport in Columbus. She listed her occupation as a flight attendant with JetSelect. She listed her address on Westbay Drive in Columbus. The photo on the passport application depicts MISSELDINE:



According to the passport application, "Bourgeois" planned to travel to Dubai. She did not fill in the section titled, "What other names have you used?" She listed her emergency contact as an individual with the initials F.F. This same name also appears on the docket in a civil case against MISSELDINE in Union County, Ohio (case 97CV0145). As proof of identity, MISSELDINE submitted Ohio driver's license ST560649, which had the name Brie Bourgeois on it, but with MISSELDINE's photo. She submitted a letter from JetSelect confirming that "Brie Bourgeois"

worked for the airline as a flight attendant and needed a passport to travel "throughout Europe and the Middle East." The passport was issued on December 4, 2007 with MISSELDINE's photo and the name "Brie Bourgeois" on it. The passport was never used for international travel.

16. On December 17, 2007, "Brie Bourgeois" pled guilty to theft charges in Franklin County case number 07 CR 002420. The address listed on the docket for "Brie Bourgeois" is the same address on Westbay Drive in Columbus that is associated with MISSELDINE's Ohio driver's license records.

17. According to records from the Ohio Secretary of State, MISSELDINE registered a business called "BRIE BOURGEOIS" on June 24, 2008. The nature of the business is listed as "General retail / resale." The business was cancelled June 24, 2013.

18. According to records from the Ohio Bureau of Motor Vehicles, on September 15, 2009, "Brie Bourgeois" transferred a vehicle to AVA MISSELDINE.

19. According to records from the Franklin County, Ohio Court of Common Pleas, MISSELDINE was sued in case number 08 CV 005380. On October 7, 2009, a document was filed in that case that identified the defendant as "Ava Misseldine (aka Brie Bourgeois)." The document was signed by an attorney for "Ava Misseldine (aka Brie Bourgeois)."

20. On January 4, 2010, MISSELDINE, using her true identity, was photographed by the Ohio Bureau of Motor Vehicles:



5

21. On August 3, 2011, the Ohio Bureau of Motor Vehicles issued a driver's license to "Brie Bourgeois." The photo depicts MISSELDINE:



22. On October 22, 2014, AVA MISSELDINE filed for bankruptcy in the Southern District of Ohio. At a hearing on December 1, 2014, which was recorded, she was asked if she ever used the name "Brie Bourgeois." She falsely said she had only used that name for about two years, and she last used it about four years ago. She claimed that she was adopted, "Brie Bourgeois" was her birth name, and she briefly used the name "Brie Bourgeois" until her adoptive family became upset about it. This was a lie; Brie Bourgeois was a real person who died as an infant, with a different date of birth and different birth parents than AVA MISSELDINE. On December 19, 2014, MISSELDINE filed an amended bankruptcy petition disclosing "Brie Bourgeois" as a name she had previously used.

23. On February 4, 2015, AVA MISSELDINE applied for a U.S. passport in New Albany, Ohio. She was photographed:



On the passport application, MISSELDINE listed her address on Westbay Drive in Columbus, which is the same address that appears on the "Bourgeois" passport application from 2007. MISSELDINE said she planned to travel to Honduras. She submitted her Ohio driver's license and birth certificate in support of the application. The passport was issued on February 6, 2015.

6

24.     On January 12, 2021, MISSELDINE, using the name Brie Bourgeois, applied for a new passport by mail. The photo depicts MISSELDINE:



She listed the Social Security number xxx-xx-7886, which is the number that MISSELDINE fraudulently obtained under the identity of Brie Bourgeois in 2003. She listed the date of birth of the real Brie Bourgeois, who died as an infant. She listed her email address as sugarinccupcakes@yahoo.com; a Twitter profile for MISSELDINE lists her website as sugarinccupcakes.com. Some of the information on this fraudulent passport application mirrors information that MISSELDINE provided in her 2015 passport application under her true identity. For example, the 2021 fraudulent application listed her occupation as "baker," her emergency contact phone number as 614-389-3459, and her intended destination as Honduras, all of which matches information that MISSELDINE provided on her 2015 passport application under her true identity. The 2021 application under the identity of Brie Bourgeois was flagged for potential fraud, which led to the instant investigation.

25.     On August 25, 2021, MISSELDINE, using her true identity, was issued a driver's license by the Utah Division of Motor Vehicles.



7

26. On September 28, 2021, the Utah Division of Motor Vehicles issued a driver's license to "Brie Bourgeois". The photo depicts MISSELDINE:



*Paycheck Protection Program Fraud*

27. In response to the COVID-19 pandemic, the U.S. Small Business Administration began offering Paycheck Protection Program (PPP) loans in 2020. These loans were designed to provide a direct incentive for small businesses to keep their workers on payroll.

28. On April 24, 2020, MISSELDINE submitted an application for a PPP loan on behalf of Instant Karma, LLC. On the application, she certified, "During the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and will not receive another loan under the Paycheck Protection Program." The business was approved for a $38,400.03 loan, which was disbursed on May 5, 2020 into Huntington bank account xxx7397, which is a personal bank account in MISSELDINE's name.

29. On April 26, 2020, MISSELDINE submitted an application for a PPP loan on behalf of Koko Bakery Easton, LLC, a business that MISSELDINE organized in 2018. On the PPP loan application, MISSELDINE listed herself as the owner of the business. She stated she was not the owner of any other businesses. She certified as follows: "The funds will be used to retain workers and maintain payroll or make mortgage interest payments, lease payments, and utility payments, as specified under the Paycheck Protection Program Rule; I understand that if the funds are knowingly used for unauthorized purposes, the federal government may hold me legally liable, such as for charges of fraud." Even though MISSELDINE was also applying for a PPP loan for Instant Karma, LLC, she further certified, "During the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and will not receive another loan under the Paycheck Protection Program." The business was approved for a $38,400 loan, which was disbursed on May 1, 2020 into Chase bank account number xxx6559, which MISSELDINE had opened in 2018 in the name of Koko Bakery Easton, LLC. The bank statements from 2018 to 2020 reflect no activity, which suggests that this was not a legitimate operating business. When the $38,400 loan was deposited on May 1, 2020, the money was all withdrawn within a few weeks via Zelle transfers to an account at Huntington Bank (no. xxx7867) in the name

of MISSELDINE's alias, Brie Bourgeois. The money was then transferred out of the Huntington account, mostly to a TD Ameritrade account in the name of Brie Bourgeois. In other words, the PPP loan money was not used as intended. According to the Small Business Administration, this PPP loan was forgiven on August 26, 2021.

30. On May 14, 2020, MISSELDINE, posing as Brie Bourgeois, submitted an application for a PPP loan on behalf of Sugar Inc Cupcakes LLC, a business that is not registered with the Ohio Secretary of State. (There is a business registered with the Ohio Secretary of State called Sugar Included Cupcakes. It was organized in 2009 by MISSELDINE and was cancelled in 2014.) MISSELDINE listed the Social Security number xxx-xx-7886, which is the number that she fraudulently obtained under the identity of Brie Bourgeois in 2003. She listed the date of birth of the real Brie Bourgeois, who died as an infant. She submitted a copy of the expired 2007 U.S. passport in the name of Brie Bourgeois with MISSELDINE's photo on it, and the lender retained a color copy of it. She also submitted a forged bank statement, which purported to be a Huntington Bank statement for account number xxx7867, in the name of Sugar Inc Cupcakes. In reality, this account number is associated with an account at Huntington in the name of Brie Bourgeois. The business was approved for a loan of $59,233.37, which was disbursed on May 26, 2020 into the aforementioned Huntington Bank account xxx7867. After the PPP money was deposited, it was mostly transferred out to a TD Ameritrade account in the name of Brie Bourgeois. According to the Small Business Administration, this PPP loan was forgiven on August 24, 2021.

31. On May 19, 2020, MISSELDINE, posing as Brie Bourgeois, submitted an application for a PPP loan on behalf of Sugar Inc(luded) Cupcakes LLC, a business that is not registered with the Ohio Secretary of State. (There is a business registered with the Ohio Secretary of State called Sugar Included Cupcakes. It was organized in 2009 by MISSELDINE and was cancelled in 2014.) MISSELDINE listed the Social Security number xxx-xx-7886, which is the number that she fraudulently obtained under the identity of Brie Bourgeois in 2003. She listed the date of birth of the real Brie Bourgeois, who died as an infant. She submitted a copy of the expired 2007 U.S. passport in the name of Brie Bourgeois with MISSELDINE's photo on it, and the lender retained a color copy of it. She also submitted a forged bank statement, which purported to be a Huntington Bank statement for account number xxx7867, in the name of Sugar Inc Cupcakes. In reality, this account number is associated with an account at Huntington in the name of Brie Bourgeois. The business was approved for a loan of $59,233.37, which was disbursed on June 4, 2020 into the aforementioned Huntington Bank account xxx7867. After the PPP money was deposited, it was mostly transferred out to a TD Ameritrade account in the name of Brie Bourgeois. According to the Small Business Administration, this PPP loan was forgiven on August 30, 2021.

32. On June 23, 2020, MISSELDINE, under her true identity, submitted an application for a PPP loan on behalf of Crystal Lakes Catering LLC, a business that is not registered with the Ohio Secretary of State. In support of the application, she submitted forged articles of organization. On the loan application, MISSELDINE listed herself as the owner of the business. She stated she was not the owner of any other businesses. The business was approved for a $93,000 loan, which was disbursed on June 28, 2020 into Chase bank account number xxx3598, which MISSELDINE had just opened on June 25, 2020 in her own name. After the PPP loan was

9

deposited, the money was all withdrawn within a few months, mostly in two large cash withdrawals. According to the Small Business Administration, this PPP loan was forgiven on February 1, 2022.

33. On June 15, 2020, MISSELDINE, posing as Brie Bourgeois, applied for a PPP loan on behalf of Sweetcreek Restaurant LLC, an entity that is not registered with the Ohio Secretary of State. She submitted forged articles of organization in support of the loan application. She submitted a copy of the expired Brie Bourgeois 2007 passport with MISSELDINE's photo on it and a student ID card from Ohio State University bearing the name Brie Bourgeois and MISSELDINE's photo. On the loan application, Brie Bourgeois is listed as the owner of the business. The application was approved for a loan of $93,081. The loan was deposited on June 26, 2020 into Radius Bank account xxx8626, which is held in the name of Brie Bourgeois. The account had just been opened earlier in June 2020. Almost all of the money ($90,000) was withdrawn on July 1, 2020; the bank statement reads, "Wire to Brie Bourgeois." According to the Small Business Administration, this PPP loan was forgiven on September 22, 2021.

34. On June 25, 2020, MISSELDINE, using her true identity, applied for a PPP loan on behalf of Lavender Bay Bistro LLC, an entity that is not registered with the Ohio Secretary of State. She submitted forged articles of organization to support the loan application. On the loan application, MISSELDINE listed herself as owner of the business. She stated she did not own any other businesses. The application was approved for a $99,542 loan, which was disbursed on July 2, 2020 into Radius Bank account xxx8655, which is held in MISSELDINE's name. The account had just been opened on June 5, 2020. The money was commingled with another PPP loan, and all of the money was then withdrawn over the next few months via transfers to an ETrade account xxxx6596 belonging to MISSELDINE, and a $180,000 wire on October 14, 2020 to Solidifi Title Agency for purchase of a $647,500 home on land adjacent to Zion National Park in Utah. According to the Small Business Administration, this PPP loan was forgiven on September 23, 2021.

35. On July 10, 2020, MISSELDINE, using her true identity, applied for a PPP loan on behalf of Crystal Lake Catering, an entity that is not registered with the Ohio Secretary of State. MISSELDINE submitted a copy of her Ohio driver's license along with the application. In support of the application, she submitted two forged bank statements. One document purports to be a statement for Huntington Bank account number xxx7867 in the name of Crystal Lakes Catering. In reality, this Huntington account number is assigned to an account in the name of Brie Bourgeois. The other fake document purports to be a Huntington statement for account number xxx7397 in the name of Crystal Lake Catering. In reality, this account number at Huntington is associated with an account in MISSELDINE's name. On the loan application, MISSELDINE identified herself as the owner of the business. She stated that she did not own any other businesses. The application was approved for a loan of $115,546, which was disbursed on July 14, 2020 into Radius Bank account xxx8655. This account is held in MISSELDINE's name. The account had just been opened on June 5, 2020. The money was commingled with the proceeds from the aforementioned loan for Lavender Bay Bistro LLC. As mentioned above, all of the money was then withdrawn over the next few months via transfers to ETrade account xxx6596 belonging to MISSELDINE,

and a $180,000 wire on October 14, 2020 to Solidifi Title Agency for purchase of the aforementioned $647,500 property adjacent to Zion National Park in Utah. According to the Small Business Administration, this PPP loan was forgiven on December 14, 2021.

36. On July 16, 2020, MISSELDINE, using her true identity, applied for a PPP loan on behalf of Crystal Lakes Caterers LLC, an entity that is not registered with the Ohio Secretary of State. She submitted forged articles of organization in support of the loan application. MISSELDINE submitted a copy of her Ohio driver's license. On the loan application, she stated she was the owner of the business. She stated she did not own any other businesses. The application was approved for a $108,659 loan. The proceeds were deposited on August 6, 2020 into Radius Bank account xxx0737, which was held in MISSELDINE's name. The account had just been opened a few days earlier. The money was all withdrawn from the account in a series of large withdrawals in October 2020. According to the Small Business Administration, this PPP loan was forgiven on January 4, 2022.

37. On or about July 23, 2020, MISSELDINE, posing as Brie Bourgeois, applied for a PPP loan on behalf of Red Willow Catering LLC, an entity that is not registered with the Ohio Secretary of State. On the loan application, Brie Bourgeois is listed as the owner of the business. To support the loan application, MISSELDINE submitted a redacted version of the expired 2007 passport in the name of Brie Bourgeois with MISSELDINE's photo on it. The PPP application was approved for a loan of $130,745, which was deposited on August 6, 2020 into Radius Bank account xxx8626. This account is held in the name of Brie Bourgeois. It had just been opened in June 2020. The PPP money was almost entirely withdrawn within a few weeks via large transfers to a TD Ameritrade account in the name of Brie Bourgeois. According to the Small Business Administration, this PPP loan was forgiven on October 6, 2021.

38. On July 22, 2020, MISSELDINE, using her true identity, applied for a PPP loan on behalf of Silver River Restaurant LLC, an entity that is not registered with the Ohio Secretary of State. She submitted forged paperwork purportedly from the Ohio Secretary of State in support of the loan application. MISSELDINE also submitted a copy of her Ohio driver's license as proof of identity. On the loan application, MISSELDINE stated that she was the owner of the business. She stated she did not own any other businesses. The application was approved for a loan of $135,087, which was deposited on August 4, 2020 into Huntington Bank account xxx7397, which is a personal account in MISSELDINE's name. The PPP money was withdrawn from the account via wire transfer of $157,298.53 on October 14, 2020 to Solidifi Title Agency for purchase of the aforementioned $647,500 property adjacent to Zion National Park in Utah. According to the Small Business Administration, this PPP loan was forgiven on October 6, 2021.

39. On August 2, 2020, MISSELDINE, using her true identity, applied for a PPP loan on behalf of Sugar Plum Wholesale Bakery LLC, an entity that is not registered with the Ohio Secretary of State. She submitted forged articles of organization in support of the loan application. She submitted a copy of her driver's license as proof of identification. On the loan application, MISSELDINE identified herself as the owner of the business. She stated she did not own any other businesses. The application was approved for a loan of $131,200, which was deposited on

11

August 20, 2020 into Citibank account xxx4473. This account had been opened two days earlier, on August 18, 2020, in MISSELDINE's name. The money was withdrawn soon thereafter via wire transfers and checks. According to the Small Business Administration, this PPP loan was forgiven on October 6, 2021.

40. On August 2, 2020, MISSELDINE, posing as Brie Bourgeois, applied for a PPP loan on behalf of Willows Restaurant LLC, an entity that is not registered with the Ohio Secretary of State. She submitted forged articles of organization in support of the loan application. She submitted a forged copy of the 2007 passport in the name of Brie Bourgeois with MISSELDINE's photo on it; she modified the dates of issuance and expiration to make it appear that the passport had not expired yet. On the loan application, Brie Bourgeois is listed as the owner of the business. The application was approved for a loan of $131,200, which was deposited on August 18, 2020 into JPMorgan Chase account xxx4411. This account had been opened on August 4, 2020 in the name of Bourgeois. The PPP money was then withdrawn from this bank account. According to the Small Business Administration, this PPP loan was forgiven on October 6, 2021.

41. On or about January 17, 2021, MISSELDINE, using her true identity, applied for a PPP Second Draw loan on behalf of Crystal Lakes Caterers LLC, an entity that is not registered with the Ohio Secretary of State. She submitted forged articles of organization to support the loan application. She submitted a copy of her Ohio driver's license. On the application, MISSELDINE listed herself as the owner of the business. She stated that she did not own any other businesses. The application was approved for a loan of $148,834, which was deposited on March 2, 2021 into Radius Bank account xxx8655. This account was held in MISSELDINE's name. The PPP money was withdrawn from this account via several transfers to ETrade account xxxx6596 belonging to MISSELDINE, and one transfer of $108,872 on August 9, 2021 to Cislo Title Company for the purchase of a $327,500 property in Michigan. According to the Small Business Administration, this PPP loan was forgiven on March 30, 2022.

42. On February 5, 2021, MISSELDINE, using her true identity, applied for a PPP Second Draw loan on behalf of Crystal Lakes Catering LLC, a business that is not registered with the Ohio Secretary of State. She submitted forged articles of organization to support the loan application. On the application, MISSELDINE listed herself as the owner of the business. She stated that she did not own any other businesses. In support of the application, she submitted a forged bank statement. The document purported to be a statement for JPMorgan Chase account xxx4411 in the name of Crystal Lakes Catering LLC for February 2020 to March 2020. In reality, this account number is opened in the name of MISSELDINE's alias, Brie Bourgeois, and the account did not even exist until later in 2020. The loan application was approved for a loan of $130,312, which was deposited on February 19, 2021 into JPMorgan Chase Bank account xxx3598, which was titled in MISSELDINE's name. MISSELDINE then made multiple balance transfers of the PPP money to ETrade account xxxx6596 belonging to MISSELDINE, and to other bank accounts, and a $50,000.69 wire to Cislo Title Company on August 9, 2021 for the purchase of the aforementioned $327,500 property in Michigan. According to the Small Business Administration, this PPP loan was forgiven on February 22, 2022.

43. On or about February 4, 2021, MISSELDINE, posing as Brie Bourgeois, applied for a PPP Second Draw loan on behalf of Sugar Included Cupcakes LLC. The business "Sugar Included Cupcakes" was registered with the Ohio Secretary of State in 2009 by MISSELDINE but was cancelled in 2014. On the loan application, MISSELDINE listed the Social Security number xxx-xx-7886, which is the number that she fraudulently obtained under the identity of Brie Bourgeois in 2003. She listed the date of birth of the real Brie Bourgeois, who died as an infant. The PPP loan application was approved for $82,926.71, which was deposited on February 24, 2021 into Huntington Bank account xxx7867, a personal account that was opened in the name of Brie Bourgeois. This account was closed on April 9, 2021. According to the Small Business Administration, this PPP loan was forgiven on February 1, 2022.

## CONCLUSION

I respectfully submit that this affidavit supports probable cause that AVA MISSELDINE violated 18 U.S.C. § 1542 (passport fraud), 42 U.S.C. § 408(a)(7)(B) (Social Security number fraud), 18 U.S.C. § 1028A (aggravated identity theft), and 18 U.S.C. § 1040 (fraud in connection with major disaster or emergency benefits) on the various dates specified above.

Ryland A Kroeger
Digitally signed by Ryland A Kroeger
Date: 2022.06.08 13:13:02 -07'00'

Special Agent Ryland Kroeger
U.S. Department of State
Diplomatic Security Service

Subscribed and sworn to before me on June __, 2022

_____
HON. CHELSEA M. VASCURA
UNITED STATES MAGISTRATE JUDGE