UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>AVA MISSELDINE,<br>a/k/a "Brie Bourgeois",<br>Defendant. | CASE NO. 2:22-mj-405<br><br>ORDER SEALING CASE |

The United States Attorney has moved that the Complaint, Affidavit, Arrest Warrant, and all related documents filed herewith and in the future, be kept and filed under seal and that no person shall disclose their existence until further order of the Court. The United States Attorney states that these documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, the United States Attorney states that there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

Upon the Motion of the United States Attorney and for good cause shown, it is

**ORDERED** that the entire case, United States v. AVA MISSELDINE, No. _____, remain sealed and the Clerk is instructed not to unseal the case until further order of this Court.

_____
HON. CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

Date: June 8, 2022