# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　v.<br><br>AVA MISSELDINE,<br>a/k/a "Brie Bourgeois,"<br><br>　　　　Defendant. | CASE NO. 2:22-mj-405<br><br><br>MOTION TO UNSEAL CASE |

　　The United States respectfully moves to unseal this case because the defendant was arrested on June 9, 2022.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　KENNETH L. PARKER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Timothy Landry
　　　　　　　　　　　　　　　　　　　　TIMOTHY LANDRY
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　221 East Fourth Street, Suite 400
　　　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45202
　　　　　　　　　　　　　　　　　　　　Office: (513) 684-3711
　　　　　　　　　　　　　　　　　　　　E-mail: Timothy.Landry@usdoj.gov