# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 2:22-mj-405 |
| **Plaintiff** | |
| v. | |
| | **ORDER UNSEALING CASE** |
| **AVA MISSELDINE,** a/k/a "Brie Bourgeois," | |
| **Defendant.** | |

The United States has moved to unseal this case because the defendant was arrested on June 9, 2022.

Upon the Motion of the United States Attorney and for good cause shown, it is ORDERED that the entire case, <u>United States v. AVA MISSELDINE</u>, No. 2:22-mj-405, is unsealed.

_____
HON. CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

Date: June 10, 2022