Query    Reports    Utilities    Help    What's New    Log Out

**CLOSED**

# US District Court Electronic Case Filing System
## District of Utah (Southern Region)
### CRIMINAL DOCKET FOR CASE #: 4:22-mj-00068-PK-1

Case title: USA v. Misseldine

Date Filed: 06/13/2022
Date Terminated: 06/13/2022

Assigned to: Magistrate Judge Paul Kohler

### Defendant (1)

**Ava Misseldine**
*TERMINATED: 06/13/2022*
*agent of*
Brie Bourgeois
*TERMINATED: 06/13/2022*

represented by **Aric M. Cramer**
CRAMER CRAMER LLC
249 E TABERNACLE STE 102
ST GEORGE, UT 84770
(435)627-1565
Email: ariccramer@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. 1542 Passport Fraud 42 U.S.C. 408(a)(7)(B) Social Security number fraud; 18 USC 1028A Aggravated Identity theft; 18 USC 1040 Fraud in connection with major disaster or emergency benefits | |

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2022 | 1 | Arrest (Rule 5) of Ava Misseldine Warrant out of the USDC Southern District of Ohio. Assigned to Magistrate Judge Paul Kohler (jlh) (Entered: 06/13/2022) |
| 06/13/2022 | 2 | ORDER SETTING HEARING as to Ava Misseldine Initial Appearance - Rule 5 set for 6/13/2022 at 01:30 PM in Room 2B (St George) before Magistrate Judge Paul Kohler. Signed by Magistrate Judge Paul Kohler on 6/13/2022.(jlh) (Entered: 06/13/2022) |
| 06/13/2022 | 3 | Minute Entry for proceedings held before Magistrate Judge Paul Kohler: Initial Appearance in Rule 5/5.1 Proceedings as to Ava Misseldine held on 6/13/2022 Appearance entered by Aric M. Cramer for Ava Misseldine on behalf of defendant. Defendant present with counsel and in custody. Waiver of Rule 5 hearing re: identity accepted orally in court.The govt. seeks detention. The defendant reserves her right to a detention hearing in the District of Offense. The court orders the defendant detained and remanded to the USMS pending transport to the District of Ohio.<br><br>Attorney for Plaintiff: Jay Winward, Attorney for Defendant: Aric Cramer, Retained. Interpreter: Not Needed. Probation Officer: Gary Couch. Court Reporter: Electronic.(Time Start: 1:32, Time End: 1:36, Room 2B St. George.) (jlh) (Entered: 06/15/2022) |
| 06/13/2022 | 4 | DOCKET TEXT ORDER OF TEMPORARY DETENTION as to Ava Misseldine. No attached document. Signed by Magistrate Judge Paul Kohler on 6/13/2022.(jlh) (Entered: 06/15/2022) |
| 06/13/2022 | 5 | WAIVER of Rule 5(c)(3) Hearing by Ava Misseldine (jlh) (Entered: 06/15/2022) |
| 06/13/2022 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Ava Misseldine. Defendant committed to Southern District of Ohio. Signed by Magistrate Judge Paul Kohler on 6/13/2022.(jlh) (Entered: 06/15/2022) |
| 06/13/2022 | 7 | NOTICE OF TRANSMITTAL that case has been transferred to Southern District of Ohio per order entered 6/13/2022. Minute entries and Commitment to Another District Order sent. (jlh) (Entered: 06/15/2022) |