AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
| v. | ) |
| Ava Misseldine | ) Case No. 2:22-mj-405 |
| Defendant | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 6/30/2022

_A. Misseldine_
Defendant's signature

_Mark C Collins / Kaitlyn C. Stephen_
Signature of defendant's attorney

Mark C Collins   Kaitlyn C. Stephen
Printed name and bar number of defendant's attorney
0261707    (0095589)

150 E. Mound St. Suite 308, Col Oh 43215
Address of defendant's attorney

mark@mcollinslaw.com; kaitlyn@mcollinslaw.com
E-mail address of defendant's attorney

414.443.3100
Telephone number of defendant's attorney

414.413.3902
FAX number of defendant's attorney