# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>      Plaintiff,<br><br>vs.<br><br>**AVA MISSELDINE,**<br><br>      Defendant. | **CASE NO. 2:22-mj-00405** |

## JOINT MOTION FOR WAIVER OF SPEEDY TRIAL

Now comes the United States, by and through its counsel, Timothy Landry, Special Assistant U.S. Attorney, with the consent of the defendant through her attorneys, moving this Court for a waiver of the speedy trial time period stated in 18 U.S.C. § 3161(b) wherein it is stated that any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges.

The Defendant was charged in a complaint on June 8, 2022.  She was arrested in Utah on June 9, 2022.  She was detained and transported to Columbus, arriving on June 24, 2022.  The current deadline for the government to indict the defendant is July 9, 2022.

The parties are engaged in good faith discussions regarding a possible pre-indictment resolution of the case, but need more time to complete this process, particularly because the defendant only arrived in this district seven days ago.  A continuance would best serve the interests of justice and the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7).

For these reasons, the government hereby moves the Court to grant a continuance of an additional month, which would give the government up to and including August 9, 2022 to obtain an indictment if the case cannot be resolved prior to indictment.

The defense consents to this motion.

Respectfully submitted,

KENNETH L. PARKER
UNITED STATES ATTORNEY

*/s/ Timothy Landry*
TIMOTHY LANDRY (MA 669554)
Special Assistant U.S. Attorney
221 E. Fourth St., Suite 400
Cincinnati, Ohio 45202
Phone No.: (513) 684-3711
Email: Timothy.Landry@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served on July 1, 2022 electronically on all parties of record via the CM/ECF system.

s/Timothy Landry
TIMOTHY LANDRY (MA 669554)
Special Assistant U.S. Attorney

MOTION GRANTED:

_____

UNITED STATES MAGISTRATE JUDGE